# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Perla Herrera, )
)
Plaintff, )
v. ) 17 C 8839
)
Hector Fuentes, ) Judge Virginia M. Kendall
)
Defendant, )

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):
☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendant(s) Hector Fuentes
and against Plaintiff(s) Perla Herrera
Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:
☒ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☐ decided by Judge Virginia M. Kendall.

Date: 12/6/2022                                  Thomas G. Bruton, Clerk of Court

                                                 /s/Lynn Kandziora , Deputy Clerk